JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARK ANTHONY RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM KNIPP, Warden,<br><br>    Respondent. | Case No. CV 12-2901-JVS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 5, 2013



James V. Selna
United States District Judge